IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GLADYS BOLES, HERK BOLTON, HARRIET S. BOLTON, KEVIN CAMPBELL, C. PAUL CHISENA, BERTHA B. CHISENA, LENA B. COOK, JEWELL COX, RUTH COX, STEVEN W. KARKS, W.D. DARKS, RUBY DARKS, PATRICIA K. FULLER, JOSEPH A. FULLER, DOUG GENTILE, BARBARA KENEDY, GLENNELLA KEY, THOMAS A. KRUKOW, JUDITH M. KRUKOW, HERMAN L. ROGERS, MARY M. ROGERS, JAMES WADDEY, IMMOGENE WADDEY, DON G. WARD, BETTE M. WARD, for themselves and all other similarly situated,<br><br>            Plaintiff(s),<br><br>      vs.<br><br>MARY SIOBHAN ENGLE, CLYDE ENGLE, JOHN DOES 1-10; JANE DOES 1-10; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1- 10; DOE NON-PROFIT CORPORATIONS 1-10; AND DOE GOVERNMENTAL ENTITIES 1-10,<br><br>            Defendant(s).<br>_____ | CIVIL NO. 08-00438 ACK- KSC |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 7, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Grant Plaintiffs' Motion For Remand To State Court" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated:  Honolulu, Hawai'i, March 24, 2009



_____
Alan C. Kay
Sr. United States District Judge