IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GLADYS BOLES, HERK BOLTON, HARRIET S. BOLTON, KEVIN CAMPBELL, C. PAUL CHISENA, BERTHA B. CHISENA, LENA B. COOK, JEWELL COX, RUTH COX, STEVEN W. KARKS, W.D. DARKS, RUBY DARKS, PATRICIA K. FULLER, JOSEPH A. FULLER, DOUG GENTILE, BARBARA KENEDY, GLENNELLA KEY, THOMAS A. KRUKOW, JUDITH M. KRUKOW, HERMAN L. ROGERS, MARY M. ROGERS, JAMES WADDEY, IMMOGENE WADDEY, DON G. WARD, BETTE M. WARD, for themselves and all other similarly situated,  )<br><br>Plaintiff(s),<br><br>vs.<br><br>MARY SIOBHAN ENGLE, CLYDE ENGLE, JOHN DOES 1-10; JANE DOES 1-10; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE NON-PROFIT CORPORATIONS 1-10; AND DOE GOVERNMENTAL ENTITIES 1-10,<br><br>Defendant(s). | CIVIL NO. 08-00438 ACK-KSC |

<u>ORDER ADOPTING AS MODIFIED REPORT OF SPECIAL MASTER</u>

A Findings and Recommendation On Attorneys' Fees In Connection With Motion To Remand having been filed and served on all parties on March 12, 2009 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the "Findings and Recommendation on Attorneys' Fees In Connection With Motion To Remand" ("F&R") is adopted as the opinion and order of this court, except that this court modifies the F&R's recommendation that this court require Defendants to remit payment in the amount specified in the F&R to Plaintiffs by April 11, 2009.  This court will instead require that Defendants remit payment in the amount specified in the F&R to Plaintiffs by April 29, 2009.

IT IS SO ORDERED.

Dated:  Honolulu, Hawai'i, April 15, 2009.

_____
Alan C. Kay
Sr. United States District Judge