IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GLADYS BOLES, HERK BOLTON, HARRIET S. BOLTON, KEVIN CAMPBELL, C. PAUL CHISENA, BERTHA B. CHISENA, LENA B. COOK, JEWELL COX, RUTH COX, STEVEN W. DARKS, W. D. DARKS, RUBY DARKS, PATRICIA K. FULLER, JOSEPH A. FULLER, DOUG GENTILE, BARBARA KENNEDY, GLENNELLA KEY, THOMAS A. KRUKOW, JUDITH M. KRUKOW, HERMAN L. ROGERS, MARY M. ROGERS, JAMES WADDEY, IMOGENE WADDEY, DON G. WARD, BETTE M. WARD, for themselves and all others similarly situated, <br><br>          Plaintiff(s), <br><br>     vs. <br><br>MARY SIOBHAN ENGLE; CLYDE ENGLE, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE NON-PROFIT CORPORATIONS 1-10; AND DOE GOVERNMENTAL ENTITIES 1-10, <br><br>          Defendant(s). | CIV NO. 08-00438 ACK-KSC |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Due for Adoption:

Findings and Recommendation having been filed and served on all parties on September 15, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant in Part and Deny in Part Plaintiffs' Motion for Order to Show Cause Regarding Contempt" are adopted as the opinion and order of this Court.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaiʻi, October 8, 2009.



_____
Alan C. Kay
Sr. United States District Judge