IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GLADYS BOLES, HERK BOLTON, HARRIET S. BOLTON, KEVIN CAMPBELL, C. PAUL CHISENA, BERTHA B. CHISENA, LENA B. COOK, JEWELL COX, RUTH COX, STEVEN W. KARKS, W.D. DARKS, RUBY DARKS, PATRICIA K. FULLER, JOSEPH A. FULLER, DOUG GENTILE, BARBARA KENEDY, GLENNELLA KEY, THOMAS A. KRUKOW, JUDITH M. KRUKOW, HERMAN L. ROGERS, MARY M. ROGERS, JAMES WADDEY, IMMOGENE WADDEY, DON G. WARD, BETTE M. WARD, for themselves and all other similarly situated, | CIVIL NO. 08-00438 ACK-KSC<br><br>FINDINGS AND RECOMMENDATION REGARDING AMOUNT OF ATTORNEYS' FEES AWARD |
| Plaintiffs, | |
| vs. | |
| MARY SIOBHAN ENGLE, CLYDE ENGLE, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE NON-PROFIT CORPORATIONS 1-10; AND DOE GOVERNMENTAL ENTITIES 1-10, | |
| Defendants. | |

FINDINGS AND RECOMMENDATION REGARDING AMOUNT OF
ATTORNEYS' FEES AWARD

On July 28, 2009, the Court held a hearing on

Plaintiffs' Motion for Order to Show Cause Regarding
Contempt and orally ruled that the motion should be
granted in part and denied in part.  Counsel prepared
the Findings and Recommendation ("F&R"), filed on
September 15, 2009.  At the hearing and as memorialized
in the F&R, the Court instructed Plaintiffs' counsel to
submit declarations concerning the attorneys' fees and
costs incurred in bringing the Motion for OSC.  On
October 6, 2009, Plaintiffs' counsel submitted their
declarations.

On October 8, 2009, Senior United States
District Judge Alan C. Kay issued an Order Adopting the
F&R.

On October 9, 2009, Defendants filed an
Opposition to the declarations.

Plaintiffs request $3,185.20[1] in attorneys'
fees.  Defendants argue that the fee award should be

------

[1]  Plaintiffs requested $2,944.17 in fees.
However, there are several calculation errors in the
tables submitted by counsel.  It appears that the
actual amount of requested fees totals $3,185.20, and
the Court will rely on its calculations in making the
fee recommendation.

reduced by $1,500-$2,000 because Plaintiffs did not prevail on all of their requested relief and they expended a great deal of time seeking overly harsh remedies that the Court denied.  The Court declines to reduce the hours requested based on Plaintiffs' failure to prevail on all the requested relief.  The Court already determined that Plaintiffs could seek the fees and costs *incurred in bringing* the Motion for OSC. Thus, whether or not they successfully obtained all relief sought is immaterial.  Defendants' inaction necessitated the Motion for OSC and the Court finds that Plaintiffs should be compensated accordingly.

The Court previously determined the reasonableness of counsel's hourly rates, and finds it unnecessary to reassess the same here.  However, there are two individuals - John Dobrovich, Esq. and Lolly Anderson (paralegal) - who worked on the Motion for OSC, and whose hourly rate the Court has yet to establish.  Given that Mr. Dobrovich is a fourth year associate (same as Erika Lewis), the Court finds an hourly rate of $165 to be reasonable.  Having

3

previously determined that $80 is a reasonable hourly
rate for a paralegal, the Court will apply the same to
the hours reasonably expended by Ms. Anderson.

After carefully reviewing the time entries
submitted by counsel, the Court finds that all of the
hours were reasonably incurred, with the exception of
4.7 hours (1.9 hours by Ms. Lewis and 2.8 hours by Ms.
Anderson) incurred in preparing the declarations and
corresponding exhibits.  Accordingly, under Hensley v.
Eckerhart, 461 U.S. 424, 433 (1983), the Court's
lodestar calculations are as follows:

| **NAME** | **HOURS** | **RATE** | **TOTAL** |
|---|---|---|---|
| George L. Grumley | 1.7 | $280.00 | $476.00 |
| Craig G. Nakamura | 0.4 | $250.00 | $100.00 |
| Erika L. Lewis | 6.8 | $165.00 | $1,122.00 |
| John P. Dobrovich | 5.1 | $165.00 | $841.50 |
| Lolly B. Anderson | 0 | $80.00 | $0.00 |
| **TAX (4.16%)** | | | $85.84 |

4

| **TOTALS** | 14 | | $2,625.34 |
|---|---|---|---|

## CONCLUSION

In accordance with the foregoing, the Court HEREBY FINDS AND RECOMMENDS that the district court award Plaintiffs **$2,625.34** in attorneys' fees (and tax) reasonably incurred in bringing the Motion for OSC.

IT IS SO FOUND AND RECOMMENDED.

DATED:   HONOLULU, HAWAII, October 13, 2009.



Kevin S.C. Chang
United States Magistrate Judge

CV 08-00049 ACK-KSC; <u>BOLES, ET AL. V. ENGLES, ET AL.</u>; FINDINGS AND RECOMMENDATION REGARDING AMOUNT OF ATTORNEYS' FEES AWARD